424 A.2d 508

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**William M. HEARN, Sr., Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 13, 1980.

Decided Feb. 5, 1981.

Arthur J. King, Chief, Appeals Div., Asst. Public Defender, John A. Dicicco, Asst. Public Defender, for appellant.

Joseph A. Smyth, Jr., Dist. Atty., Ronald T. Williamson, Chief, Appeals Div., Asst. Dist. Atty., David M. McGlaughlin, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM.

The order of the Court of Common Pleas of Montgomery County is affirmed.